PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

KEVIN POOLEY
Special Assistant United States Attorney
Arizona State Bar No. 032759
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kevin.pooley@usdoj.gov
Attorney for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Darrell Hank Footracer, <br><br> Defendant. | No. CR-21-8024-PCT-SPL (ESW) <br><br> **INDICTMENT** <br><br> VIO: 18 U.S.C. §§ 1153 and 113(a)(6) <br> (CIR- Assault Resulting in Serious Bodily Injury) <br> Count 1 <br><br> 18 U.S.C. §§ 1153 and 113(a)(7) <br> (CIR- Domestic Assault Resulting in Substantial Bodily Injury) <br> Count 2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>

On or about December 5, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant DARRELL HANK FOOTRACER, an Indian, did intentionally, knowingly, and recklessly assault the victim, C. K. W., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

<u>**COUNT TWO**</u>

On or about December 5, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant DARRELL HANK

FOOTRACER, an Indian, did intentionally, knowingly and recklessly assault the victim, C. K. W., who was an intimate partner and a dating partner, resulting in substantial bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

A TRUE BILL

*S/*

FOREPERSON OF THE GRAND JURY
Date: March 31, 2020

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

*S/*

KEVIN POOLEY
Special Assistant U.S. Attorney